AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

YONGGANG LI

        Plaintiff

v.   **Civil Action No.**   3:23cv939

LONGVIEW CAPITAL HOLDINGS, LLC;
LONGVIEW CAPITAL SVH, LLC;
LONGVIEW CAPITAL SVH GP LLC;
SOUTH BEND HOMES LLC

        Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: The court GRANTS the motion to remand, DENIES AS MOOT, the motion to dismiss, and REMANDS this case to the Indiana Commercial Court of St. Joseph County for further proceedings.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Damon R. Leichty on a motion to remand.

DATE: December 15, 2023

*Chanda J. Berta, Clerk Of Court*

by s/ D. Johnson
*Signature of Clerk or Deputy Clerk*